UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 21CR02293-JLS |
| | ) | |
| Plaintiff, | ) | DATE:  October 14, 2022 |
| | ) | TIME:   1:30 p.m. |
| v. | ) | |
| | ) | ORDER CONTINUING |
| | ) | MOTION HEARING/TRIAL |
| ALVARO ISRAEL | ) | SETTING |
| ONTIVEROS-VALDEZ (4) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Joint motion having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore, **IT IS HEREBY ORDERED** the motion hearing/trial setting in this matter for Mr. Ontiveros presently scheduled before the Honorable Janis L. Sammartino for August 12, 2022, at 1:30 p.m. be continued to October 14, 2022, at 1:30 p.m. For the reasons set forth in the joint motion, the time between the filing of the filing of the parties' joint motion until October 14, 2022, is excludable under the Speedy Trial Act under 18 U.S.C. Section 3161(h)(7)(A).

**SO ORDERED.**

Dated:  August 10, 2022

Hon. Janis L. Sammartino
United States District Judge