# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-cr-02293-JLS |
| Plaintiff, | **ORDER ON JOINT MOTION TO CONTINUE MOTION HEARING** |
| v. | |
| ALVARO ISRAEL ONTIVEROS VALDEZ (4), | |
| Defendant, | |

THIS COURT HAVING RECEIVED AND REVIEWED the Parties' Joint Motion to Continue the Motion Hearing and Trial Setting and having reviewed all of the files and pleadings in this matter, hereby GRANTS the Parties' Joint Motion.

IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting Sentencing presently scheduled for November 4, 2022, at 1:30 p.m. is hereby continued to November 18, 2022, at 1:30 p.m. For the reasons set forth in the joint motion, the Court finds good cause and that it would be in the interests of justice to exclude time under the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated: November 2, 2022

Hon. Janis L. Sammartino
United States District Judge